**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Donovan J. MCDONALD, Defendant— Appellant.**

No. 04–7796.

United States Court of Appeals, Fourth Circuit.

Submitted April 22, 2005.

Decided June 24, 2005.

Donovan J. McDonald, Appellant pro se. Marshall Prince, Office of the United

---

States Attorney, Columbia, South Carolina, for Appellee.

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Donovan J. McDonald appeals from the district court's order denying and dismissing his motion filed under 18 U.S.C. § 3582 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*